THE EUCLID CANDY CO. OF NEW YORK, INC., Plaintiff, Respondent, v. PAUL SUMA, Individually and as President, DAVID H. GEFTER, Individually and as Treasurer of the Candy and Confectionery Workers Union, Local No. 452, Greater New York, A. F. of L., an Unincorporated Association of Seven or More Individuals, JAMES LANDRISCINA, Individually and as Business Manager, FRANK SCIDA, Individually and as Organizer, JOSEPH LA ROSA, TITO GARCIA, THOMAS LO MONACO, JOSEPH GARITTA, PATSY CIANI, PEDRO ALGARIN, JOHN DORAN, MAX STONE, LOUIS ALCURI, JOHN MUSNISKEY, FRANK FREVINO, RÓBERT BURDEKIN, FRANCESCO

VITAGLIANO, GAETANO PENNICA, GIUSEPPE FANTAUZZO, BENITO PADIN, SALVATORE ROSA, ANDREW PAPALEO, WILLIAM TAORMINA, EDDIE GARCIA, SANTIAGO RULLAN, ENRIQUE ROMERO, THEODORE CANCEL, EDWARD GIAMBALVO, EDMUND KRAUSZ, VINCENT TAORMINA, MARGIE AMBROSE, SIMON ROMAN, MARIE ROTELLA, MAE MARTIN, MILDRED DE TURRIS, Individually and as Members of the Candy and Confectionery Workers Union, Local No. 452, Greater New York, A. F. of L., Appellants; ROSE VIGORITO, Individually and as President of the Independent Confectionery Workers Union, Defendant, Respondent.— On appeal by Paul Suma, David H. Gefter, James Landriscina and Frank Scida, as individuals and officials of an unincorporated association, and by thirty-one individual defendants, the order of May 1, 1940, as resettled by order made and entered the 13th day of May, 1940, granting a temporary injunction, in so far as appealed from, is affirmed, with a separate bill of ten dollars costs and disbursements to the plaintiff-respondent and to the defendant-respondent. No opinion. Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ., concur.